UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  6:25-cv-01976

**WILLIAM VITANYI,**

    Plaintiff,

v.

**TRANS UNION LLC,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF LEAD COUNSEL DESIGNATION**

Plaintiff William Vitanyi ("Plaintiff") provides notice that Thomas J. Patti, Esq., of Patti Zabaleta Law Group, will appear as lead counsel on behalf of Plaintiff in this matter.

    Dated: October 14, 2025

Respectfully Submitted,

 /s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail:   Victor@pzlg.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone:   561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                 /s/ Thomas J. Patti
                                               **THOMAS J. PATTI, ESQ.**
                                               Florida Bar No.: 118377