# EXHIBIT A

TransUnion Event
c/o Cyberscout
PO Box 1286
Dearborn, MI 48120-9998





August 26, 2025

**Notice of Data Breach**

To

We are writing to make you aware of a cyber incident involving unauthorized access to some of your personal data that was stored on a third-party application. Importantly, no credit information was accessed. We are providing details about the incident and about resources we are providing to assist you.

**What happened?**

We recently experienced a cyber incident involving a third-party application serving our U.S. consumer support operations. The unauthorized access includes some limited personal information belonging to you.

We regret any concern caused by this incident and take seriously the responsibility to help secure consumer information. Below you will find information on what we have done to prevent further improper access, as well as steps you can take to help protect your personal information.

**What information was involved?**

The information was limited to specific data elements and did not include credit reports or core credit information. In your case, the information involved included your SSN and DOB.

**What we are doing.**

TransUnion takes the protection of personal information seriously, which is why we engage in robust, proactive security measures. We continue to enhance our security controls as appropriate to minimize the risk of any similar incident in the future.

**What you can do.**

In response to the incident, we are providing you with access to credit monitoring services that will alert you whenever there is a change to your credit file. We are offering these services at no charge for 24 months from the date you enroll.

We are also providing you with proactive fraud assistance to help with any questions that you might have now or in the event that you become a victim of fraud. These services will be provided by Cyberscout, a TransUnion company specializing in fraud assistance and remediation services.

If you have any questions about this matter or would like additional information, please refer to the enclosed Steps You Can Take to Help Protect Your Personal Information or call toll-free 1-800-516-4700. This call center is open Monday through Friday from 8a.m.-8 p.m. Eastern Time, except major holidays.

Sincerely,

TransUnion Consumer Relations

**STEPS YOU CAN TAKE TO HELP PROTECT YOUR PERSONAL INFORMATION**

**Enroll in Credit Monitoring Services**

TransUnion is providing you with access to myTrueIdentity Online (TransUnion) Credit Monitoring services at no charge for 24 months from the date of enrollment.

Upon your completion of the enrollment process, you will have access to the following features:

- TransUnion Credit Monitoring, Report and Score
- Identity Protection Services
- Identity Resolution Services
- $1,000,000 Identity Theft Insurance

**How do I enroll?**

To enroll in Credit Monitoring services at no charge, please log on to **www.mytrueidentity.com** and follow the instructions provided. When prompted please provide the following unique code to receive services: **FLPVGXPJNGWY.**

In order for you to receive the monitoring services described above, you must enroll within 90 days from the date of this letter. The enrollment requires an internet connection and e-mail account. Please note that when signing up for monitoring services, you may be asked to verify personal information for your own protection to confirm your identity.

If you have questions about these services, please visit www.mytrueidentity.com.

**What can I do on my own to address this situation?**

A fraud alert is a statement that is added to your credit file that will notify potential credit grantors that you may be or have been a victim of identity theft and, before they extend credit, they should use take extra steps to verify your identity. You can place a fraud alert on your credit report by contacting any one of the three nationwide credit bureaus using the information below. Once the fraud alert is added, the request will be shared with the other bureaus within 24 hours.

You may place a fraud alert without signing up for the services above. If you choose to place a fraud alert on your own, you will need to contact one of the three major credit bureaus directly at:

| Experian (1-888-397-3742) | Equifax (1-800-525-6285) | TransUnion (1-800-680-7289) |
|---|---|---|
| P.O. Box 4500 | P.O. Box 740241 | P.O. Box 2000 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19016 |
| www.experian.com | www.equifax.com | www.transunion.com |

**Also, should you wish to obtain a credit report and monitor it on your own:**

- **IMMEDIATELY** obtain a free copy of your credit report and monitor it for any suspicious activity. You can obtain a free credit report once a week by visiting www.annualcreditreport.com or by calling 1-877-322-8228; TTY: 1-877-730-4204.

You can also obtain more information from the Federal Trade Commission (FTC) about identity theft and ways to protect yourself. The FTC has an identity theft hotline: 877-438-4338; TTY: 1-866-653-4261. They also provide information online at www.ftc.gov/idtheft.

**Place a Credit Freeze**

You have the right to request a credit freeze from a consumer reporting agency, free of charge, so that no new credit can be opened in your name without your permission. A freeze is designed to prevent potential credit grantors from accessing your credit report without your consent. If you place a freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze.

Unlike a fraud alert, you must separately place a freeze on your credit file at each credit bureau. To place a freeze on your credit report, contact them online or by phone or mail and provide proper identification of your identity.

The following information must be included when requesting a security freeze (note that if you are requesting a freeze for your spouse, this information must be provided for them as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; and (4) current address and any previous addresses for the past five years.

Below, please see relevant contact information for the three consumer reporting agencies:

| | | | |
|---|---|---|---|
| Equifax | P.O. Box 105788<br>Atlanta, GA 30348 | 1-800-685-1111 | www.equifax.com |
| Experian | P.O. Box 9554<br>Allen, TX 75013 | 1-888-397-3742 | www.experian.com |
| TransUnion | P.O. Box 160<br>Woodlyn, PA 19094 | 1-888-909-8872 | www.transunion.com |

For Residents of the District of Columbia

You may contact the D.C. Attorney General's Office to obtain information about steps to take to avoid identity theft:

D.C. Attorney General's Office, Office of Consumer Protection, 400 6th Street, NW, Washington DC 20001, 1-202-442-9828, www.oag.dc.gov.

For Residents of Iowa

State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. You may contact law enforcement or the Iowa Attorney General's office to report suspected incidents of identity theft. The Iowa Attorney General's Office can be reached at:

Iowa Attorney General's Office, Director of Consumer Protection Division, 1305 E. Walnut Street, Des Moines, IA 50319, 1-515-281-5926, www.iowattorneygeneral.gov.

For Residents of Maryland

You may also obtain information about preventing and avoiding identity theft from the Maryland Office of the Attorney General: Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, http://www.marylandattorneygeneral.gov/.

For Residents of Massachusetts

You have a right to file or obtain a police report related to this incident. You also have the right to request a credit freeze from a consumer reporting agency, free of charge, by following the instructions in the "Security Freeze" section above.

For Residents of New Mexico

New Mexico consumers have the right to obtain a security freeze or submit a declaration of removal.

You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act.

The security freeze will prohibit a consumer reporting agency from releasing any information in your credit report without your express authorization or approval.

The security freeze is designed to prevent credit, loans and services from being approved in your name without your consent. When you place a security freeze on your credit report, you will be provided with a personal identification number, password or similar device to use if you choose to remove the freeze on your credit report or to temporarily authorize the release of your credit report to a specific party or parties or for a specific period of time after the freeze is in place. To remove the freeze or to provide authorization for the temporary release of your credit report, you must contact the consumer reporting agency and provide all of the following:

(1) the unique personal identification number, password or similar device provided by the consumer reporting agency;
(2) proper identification to verify your identity; and

(3) information regarding the third party or parties who are to receive the credit report or the period of time for which the credit report may be released to users of the credit report.

A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request. As of September 1, 2008, a consumer reporting agency shall comply with the request within fifteen minutes of receiving the request by a secure electronic method or by telephone.

A security freeze does not apply in all circumstances, such as where you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents for certain types of account review, collection, fraud control or similar activities; for use in setting or adjusting an insurance rate or claim or insurance underwriting; for certain governmental purposes; and for purposes of prescreening as defined in the federal Fair Credit Reporting Act.

If you are actively seeking a new credit, loan, utility, telephone or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit for the lifting to take effect. You should contact a consumer reporting agency and request it to lift the freeze at least three business days before applying. As of September 1, 2008, if you contact a consumer reporting agency by a secure electronic method or by telephone, the consumer reporting agency should lift the freeze within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act.

For Residents of New York

You may also obtain information about security breach response and identity theft prevention and protection from the New York Attorney General's Office:

Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, www.ag.ny.gov.

For Residents of North Carolina

You may also obtain information about preventing and avoiding identity theft from the North Carolina Attorney General's Office: North Carolina Attorney General's Office, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-919-716-6000, www.ncdoj.gov.

For Residents of Oregon

State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. Contact information for the Oregon Department of Justice is as follows: Oregon Department of Justice, 1162 Court Street NE, Salem, OR 97301, 1-877-877-9392, www.doj.state.or.us.

For Residents of Rhode Island

You have a right to file or obtain a police report related to this incident. You may also obtain information about preventing and avoiding identity theft from the Rhode Island Office of the Attorney General:

Office of the Attorney General, 150 South Main Street, Providence, RI, 02903, 1-401-274-4400, www.riag.ri.gov. There are 17,155 Rhode Island residents impacted by this incident.

**Thank you for your attention:**

At TransUnion, we are committed to helping consumers achieve their financial goals and keeping their financial information secure. We appreciate your understanding in this matter and stand ready to support.



Follow the QR code for more information on responding to a cyber incident